(124 So. 510)

**Robert L. CREEL v. STATE.** (6 Div. 442.)

Supreme Court of Alabama. Oct. 17, 1929.

Rehearing Denied Nov. 29, 1929.

J. M. Pennington and L. D. Gray, both of Jasper, for petitioner.
Charlie C. McCall, Atty. Gen., opposed.

FOSTER, J. Petition of Robert L. Creel for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Creel v. State, 124 So. 507.

Writ denied.

ANDERSON, C. J., and GARDNER and BOULDIN, JJ., concur.

(124 So. 507)

**Jim DIXON v. STATE.** (1 Div. 578.)

Supreme Court of Alabama. Oct. 31, 1929.

Rehearing Denied Nov. 29, 1929.

Jere Austill, of Mobile, for petitioner.
Charlie C. McCall, Atty. Gen., for the State.

GARDNER, J. Petition of Jim Dixon for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in Dixon v. State, 124 So. 506.

Writ denied.

ANDERSON, C. J., and BOULDIN and FOSTER, JJ., concur.